FILL

Name: Ian Renaldo Turner

Address: 2118 Wilshire Blvd #211

Santa Monica, CA 90403

Phone: 4247029021

Fax:

In Pro Per

2025 SEP -3 PM

CLE...
CENTRA...
LOS AN...

BY: _____ rsm

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ian Renaldo Turner

_____ Plaintiff

v.

Officer Ramos

Sergeant Mota

Alta Dena Hwy Patrol Defendant(s).

CASE NUMBER:

**2:25-CV-08335-DOC-MAR**

_____

Civil Rights

_____

( Enter document title in the space provided above)

Incident occured on 9/4/23 as officer approached vehicle for a wrong turn and lied claiming he smelled alcohol while there was none present and all of my tests (8 bad) proved I was not under the influence.

Page Number

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Ian Renaldo Turner,

Plaintiff,

v.

Officer Ramos, California Highway Patrol, in his individual capacity,

Officer Sergeant M. Mota California Highway Patrol, in his individual capacity,

Defendant.

Case No.: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

I. JURISDICTION AND VENUE

1. This action arises under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution.

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District under 28 U.S.C. § 1391 because the events occurred in Los Angeles County, California.

II. PARTIES

4. Plaintiff Ian Renaldo Turner is an individual and resident of California.

5. Defendant Officer Ramos & Sergeant M. Mota was, at all relevant times, a California Highway Patrol officer acting

under color of state law. He is sued in his individual capacity.

III. FACTUAL ALLEGATIONS

6. On or about 9/4/2023, Plaintiff was stopped by officer Ramos and accused of smelling alcohol.

7. Plaintiff was unlawfully detained and subjected to an unreasonable seizure in violation of the Fourth Amendment.

8. Following the arrest, Defendant sought and obtained a warrant to draw Plaintiff's blood to test for

intoxication, despite the absence of probable cause.

9. During the compelled blood draw, Plaintiff fainted and suffered medical distress.

10. Defendant and other officers failed to provide adequate medical care or regard for Plaintiff's safety, demonstrating deliberate indifference to his medical needs.

11. Plaintiff was not intoxicated. The arrest and subsequent blood draw violated his constitutional rights. Blood results came back negative of all substances.

12. Plaintiff is light-skinned and of mixed race. Despite this, Defendant and other officers marked Plaintiff as African American on the arrest paperwork.

13. There were no Black officers present during the stop or arrest. Plaintiff believes this racial misclassification and the manner of the stop indicate that Defendant's actions were motivated, at least in part, by racial bias.

14. As a result of Defendant's conduct, Plaintiff suffered physical harm, emotional distress, humiliation, and ongoing damages.

IV. CLAIMS FOR RELIEF

COUNT I - Unlawful Arrest and False Imprisonment (42 U.S.C. § 1983, Fourth Amendment)

15. Defendant unlawfully arrested and detained Plaintiff without probable cause.

COUNT II - Unreasonable Search and Seizure (42 U.S.C. § 1983, Fourth Amendment)

16. Defendant violated Plaintiff's rights by subjecting him to a compelled blood draw without valid justification.

COUNT III - Deliberate Indifference to Medical Needs (42 U.S.C. § 1983, Fourteenth Amendment)

17. Defendant acted with deliberate indifference to Plaintiff's serious medical needs when Plaintiff fainted during the blood draw and was denied adequate medical care.

COUNT IV - Racial Discrimination / Equal Protection Violation (42 U.S.C. § 1983, Fourteenth Amendment)

18. Defendant misclassified Plaintiff's race on arrest paperwork and subjected him to disparate treatment based on race, violating the Equal Protection Clause.

V. DAMAGES

As a result of Defendant's actions, Plaintiff suffered: 1) Loss of his license for two years (DMV Suspension) , 2) Loss of employment and ability to obtain new employment because of this arrest, 3) Loss of business vehicle with fees over $9,000. 4) Increase in insurance and further fees 5) Physical and emotional pain & suffering, 6) Humiliation and harm to reputation.

- 19. Plaintiff seeks:

- Compensatory damages;

- Punitive damages;

- Attorneys' fees and court costs pursuant to 42 U.S.C. § 1988;

- Any other relief the Court deems just and proper.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in his favor;

b. Award compensatory and punitive damages in an amount to be determined at trial;

c. Award costs and reasonable attorneys' fees under 42 U.S.C. § 1988;

d. Grant such other relief as the Court deems proper.

e. Demand written and or video apologies from all arresting officers present.

f. Investigation into these officers involvement in this and other illegal activities as "dirty" officers!

DATED: __9/3/25__

Respectfully submitted,

Ian Turner, Plaintiff (Pro Se)

2118 Wilshire Blvd #1211

Santa Monica, CA 90403

Phone: (424) 702-9021