UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IAN RENALDO TURNER,

        Plaintiff,

    v.

OFFICER RAMOS, et al.

        Defendants.

No. 2:25-CV-08335 DOC (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE RE DEFENDANTS' MOTION TO DISMISS (DOC. NO. 15)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss the First Amended Complaint, the file and records in this case, and the Report and Recommendation of the United States Magistrate Judge. No objections to that Report and Recommendation have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED, with 60 days' leave to amend.

DATED: April 8, 2026

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE